ENTERED ON DOCKET

4/6/00 PURSUANT

UNITED STATES DISTRICT COURT FOR THE FRCP RULES 58 & 79a
DISTRICT OF PUERTO RICO

CESAR ADAMES CHARNECO,          *
                                *
        Plaintiff               *
                                *
     v.                         *      Civ. No. 98-1111 (PG)
                                *
PEDRO TOLEDO DAVILA, ET AL.,    *
                                *
        Defendants              *
                                *
*************************

## PARTIAL JUDGMENT

Having determined that Plaintiffs' action against Defendants Pedro Toledo Dávila and Jorge I. Rodríguez Valentín are time-barred, it is hereby

**ORDERED and ADJUDGED** that the present case is **DISMISSED.**

San Juan, Puerto Rico, April 5, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



AO 72A
(Rev.8/82)