UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CESAR ADAMES CHARNECO
    Plaintiff,

v.                              Civil No. 98-1111(PG)

PEDRO TOLEDO DAVILA, ET AL,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #23 - Petition For Voluntary Dismissal. | approved |

Date: _____July 31_____, 2000.

                                      JUAN M. PEREZ-GIMENEZ
                                      U.S. District Judge