UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

CESAR ADAMES CHARNECO, Plaintiff,

v.

PEDRO TOLEDO DAVILA, ET AL, Defendants.

CIVIL NO. 98-1111 (PG)

RECEIVED & FILED
'00 JUL 27 AM 7:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**J U D G M E N T**

On this date the Court entered an Order approving plaintiff's motion for voluntary dismissal against defendants (Docket No 23).

WHEREFORE, judgment is hereby entered **DISMISSING** this action against defendants.

**IT IS SO ORDERED.**

San Juan, Puerto Rico July 31, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)

